**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN MEAT INSTITUTE, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No. 13-cv-1033-KBJ |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE OF SUMMONS

I, Judith Coleman, a member of the bar of this Court and counsel for Plaintiffs American Meat Institute, et al., hereby state that on July 10, 2013, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above-captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the defendant below. I have attached the receipt for the certified mail and a copy of the online tracking form indicating that delivery of the summons and complaint was made on the date indicated below.

| Defendant | Receipt No. | Delivery Date |
|---|---|---|
| Ronald C. Machen, Jr., United States Attorney for the District of Columbia United States Attorney's Office 555 4th Street, NW Washington, DC 20530 | 7196 9008 9115 5428 1190 | July 17, 2013 |

I declare under penalty of perjury that the foregoing is true and correct.

 /s/ Judith E. Coleman
Judith E. Coleman (Bar No. 980382)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600



English	Customer Service	USPS Mobile	Register / Sign In

Search USPS.com or Track Packages

**Quick Tools**
Track & Confirm
Enter up to 10 Tracking # Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Find a ZIP Code™
Hold Mail
Change of Address

Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

## Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 71969008911554281190 |  | Delivered | July 17, 2013, 10:46 am | WASHINGTON, DC 20530 | Certified Mail™ |
|  |  | Available for Pickup | July 17, 2013, 10:32 am | WASHINGTON, DC 20530 |  |
|  |  | Arrival at Unit | July 17, 2013, 10:22 am | WASHINGTON, DC 20018 |  |
|  |  | Depart USPS Sort Facility | July 11, 2013 | GAITHERSBURG, MD 20898 |  |
|  |  | Processed at USPS Origin Sort Facility | July 10, 2013, 9:37 pm | GAITHERSBURG, MD 20898 |  |
|  |  | Dispatched to Sort Facility | July 10, 2013, 7:32 pm | WASHINGTON, DC 20013 |  |
|  |  | Acceptance | July 10, 2013, 6:20 pm | WASHINGTON, DC 20013 |  |

**Check on Another Item**

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.