# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN MEAT INSTITUTE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | No. 13-cv-1033-KBJ |

## CERTIFICATE OF SERVICE OF SUMMONS

I, Judith Coleman, a member of the bar of this Court and counsel for Plaintiffs American Meat Institute, et al., hereby state that on July 10, 2013, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above-captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the defendant below. I have attached the receipt for the certified mail and the delivery tracking page indicating that delivery of the summons and complaint was made on the date indicated below.

| Defendant | Receipt No. | Delivery Date |
|---|---|---|
| ERIC H. HOLDER <br> United States Attorney General <br> 950 Pennsylvania Avenue <br> Washington, DC 20530 | 7196 9008 9115 5428 1183 | July 15, 2013 |

I declare under penalty of perjury that the foregoing is true and correct.

 /s/ Judith E. Coleman
Judith E. Coleman (Bar No. 980382)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600



English     Customer Service     USPS Mobile                    Register / Sign In

**USPS.COM**                                          Search USPS.com or Track Packages

**Quick Tools**
Track & Confirm                Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions
Enter up to 10 Tracking # Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Find a ZIP Code™
Hold Mail
Change of Address

### Track & Confirm

GET EMAIL UPDATES     PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 71969008911554281183 | | Delivered | July 15, 2013, 4:26 am | WASHINGTON, DC 20530 | Certified Mail™ |
| | | Available for Pickup | July 14, 2013, 10:46 am | WASHINGTON, DC 20530 | |
| | | Arrival at Unit | July 14, 2013, 9:45 am | WASHINGTON, DC 20018 | |
| | | Depart USPS Sort Facility | July 11, 2013 | GAITHERSBURG, MD 20898 | |
| | | Processed at USPS Origin Sort Facility | July 10, 2013, 9:33 pm | GAITHERSBURG, MD 20898 | |
| | | Dispatched to Sort Facility | July 10, 2013, 7:32 pm | WASHINGTON, DC 20013 | |
| | | Acceptance | July 10, 2013, 6:20 pm | WASHINGTON, DC 20013 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | Mail Service Updates › | Inspector General › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer › |
| | Delivering Solutions to the Last Mile › | Careers › | |
| | Site Index › | | |

Copyright© 2013 USPS. All Rights Reserved.